IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Dean, Victoria | Case Number: 05 B 10465 |
| | Judge: Wedoff, Eugene R |
| Printed: 2/12/08 | Filed: 3/23/05 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 27, 2007
Confirmed: June 30, 2005

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---:|---:|
| | 8,600.00 | |
| Secured: | | 6,479.25 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,700.00 |
| Trustee Fee: | | 420.75 |
| Other Funds: | | 0.00 |
| Totals: | 8,600.00 | 8,600.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---:|---:|
| 1. | Macey & Aleman | Administrative | 1,700.00 | 1,700.00 |
| 2. | Washington Mutual Bank FA | Secured | 0.00 | 0.00 |
| 3. | Washington Mutual Bank FA | Secured | 10,477.65 | 6,479.25 |
| 4. | Jefferson Capital | Unsecured | 132.99 | 0.00 |
| 5. | Jefferson Capital | Unsecured | 107.45 | 0.00 |
| 6. | Peoples Energy Corp | Unsecured | 172.17 | 0.00 |
| 7. | General Motors Acceptance Corp | Unsecured | 1,348.18 | 0.00 |
| 8. | Classic Video | Unsecured | 41.62 | 0.00 |
| 9. | Asset Acceptance | Unsecured | 14.96 | 0.00 |
| 10. | World Financial Network Nat'l | Unsecured | 46.34 | 0.00 |
| 11. | Rx Acquisitions | Unsecured | 26.63 | 0.00 |
| 12. | SBC | Unsecured | 59.09 | 0.00 |
| 13. | Resurgent Capital Services | Unsecured | 453.06 | 0.00 |
| 14. | Rx Acquisitions | Unsecured | 15.18 | 0.00 |
| 15. | Trinity Hospital | Unsecured | 272.98 | 0.00 |
| 16. | Commonwealth Edison | Unsecured | 268.12 | 0.00 |
| 17. | Enterprise Rent A Car | Unsecured | | No Claim Filed |
| 18. | Best Bank | Unsecured | | No Claim Filed |
| 19. | Capital One | Unsecured | | No Claim Filed |
| 20. | Cingular Wireless | Unsecured | | No Claim Filed |
| 21. | Household | Unsecured | | No Claim Filed |
| 22. | AT&T | Unsecured | | No Claim Filed |
| 23. | Evergreen Medical Specialist | Unsecured | | No Claim Filed |
| 24. | J C Penney Co Inc | Unsecured | | No Claim Filed |
| 25. | MCI | Unsecured | | No Claim Filed |

### IN THE UNITED STATES BANKRUPTCY COURT FOR THE
### NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Dean, Victoria | Case Number: 05 B 10465 |
|---|---|---|
|  |  | Judge: Wedoff, Eugene R |
|  | Printed: 2/12/08 | Filed: 3/23/05 |

| | | | | |
|---|---|---|---|---|
| 26. | Midwestern Telecommunications | Unsecured | | No Claim Filed |
| 27. | Montgomery Ward & Co Inc | Unsecured | | No Claim Filed |
| 28. | Providian Bank | Unsecured | | No Claim Filed |
| 29. | Renaissance Bankcard Svcs | Unsecured | | No Claim Filed |
| 30. | Merrick Bank | Unsecured | | No Claim Filed |
| 31. | TCF Bank | Unsecured | | No Claim Filed |

                        _____    _____
                         $ 15,136.42    $ 8,179.25

### TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 3% | 48.00 |
| 5.5% | 173.25 |
| 5% | 52.50 |
| 4.8% | 33.60 |
| 5.4% | 113.40 |
|  | _____ |
|  | $ 420.75 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

        Marilyn O. Marshall, Trustee, by:

